GALIA A. PHILLIPS - #250551
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (415) 269-4553
Facsimile: (510) 464-8001

Attorney for Defendant
HUAMIN WU MEI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>HUAMIN WU MEI,<br><br>            Defendant. | Case No. 3:10-cr 00565 -7 (EJL)<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |

### I. STIPULATION

Defendant Huamin Wu Mei ("Mei") would like to travel outside the Northern District of California in order to vacation in Reno, Nevada with her husband from January 27, 2012 to January 30, 2012. Assistant United States Attorney Deborah Douglas does not object. The parties therefore agree that the bond conditions for Mei should be modified as follows:

Defendant Huamin Mei may not travel outside the Northern District of California except from January 27, 2012 to January 30, 2012 when she may travel to the District of Nevada.

It is so stipulated.

Dated: January 5, 2012

By: /s/_____
GALIA A. PHILLIPS
Attorney for Defendant
HUAMIN WU MEI

Dated: January 5, 2012

By: /s/_____
DEBORAH DOUGLAS
Assistant United States Attorney

## II.   ORDER

GOOD CAUSE APPPEARING, the defendant's conditions of release are modified as follows: Defendant Huamin Mei may not travel outside the Northern District of California except from January 27, 2012 to January 30, 2012 when she may travel to the District of Nevada

In all other respects, this Court's previous orders setting conditions of release remains in full force and effect.

IT IS SO ORDERED.

Dated: Jan 10, 2012

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

---

1

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE
CASE NO. 3:10-cr 00565-JSW

495929.01