ALAN A. DRESSLER, ESQ. (SBN #56916)
400 Montgomery St., Suite 200
San Francisco, California 94104
Tel.: (415) 421-7980
Fax: (415) 421-7021
E-mail: alandressler@aol.com

Attorney for Defendant Xiu Jing Ye

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XIU JING YE et al.<br><br>Defendants. | No. CR 10-00565- 8 JSW<br><br>[Proposed] ORDER MODIFYING CONDITIONS OF RELEASE TO ALLOW TRAVEL OUTSIDE OF THE NORTHERN DISTRICT OF CALIFORNIA |

For good cause shown and based upon the agreement of the parties and United States Pretrial Services IT IS HEREBY ORDERED that the conditions of release of Xiu Jing Ye defendant are modified as follows:

1. Defendant Xiu Jing Ye may leave the Northern District of California on June 16, 2012 and travel to San Diego, California for the purpose of attending her son's college graduation. Defendant Xiu Jing Ye shall return to the Northern District of California on or before June 18, 2012. Defendant Xiu Jing Ye shall also provide Pretrial Services with any and all requested information concerning the logistics of her travel and she shall notify Pretrial Services within 24 hours of her return to the Northern District of California.

////

////

///

2. All other conditions of release shall remain the same.

**IT IS SO ORDERED.**

DATED: 5/16/12

THE HONORABLE MARIA-ELENA JAMES