GALIA A. PHILLIPS - #250551
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 596-1700
Facsimile: (510) 596-1701

Attorney for Defendant
HUAMIN WU MEI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>HUAMIN WU MEI,<br><br>                          Defendant. | Case No. 3:10-cr 00565 -7 (EJL)<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |

## I.    STIPULATION

Defendant Huamin Wu Mei ("Mei") would like to travel outside the Northern District of California to visit Yosemite from June 14, 2012 to June 15, 2012.  Assistant United States Attorney Deborah Douglas does not object.  The parties therefore agree that the bond conditions for Mei should be modified as follows:

Defendant Huamin Mei may not travel outside the Northern District of California except from June 14, 2012 to June 15, 2012 when she may travel to the Eastern District of California.

It is so stipulated.

495929.01

Dated: May 30, 2012

By: /s/_____
GALIA A. PHILLIPS
Attorney for Defendant
HUAMIN WU MEI

Dated: May 30, 2012

By: /s/_____
DEBORAH DOUGLAS
Assistant United States Attorney

## II.     ORDER

GOOD CAUSE APPPEARING, the defendant's conditions of release are modified as follows: Defendant Huamin Mei may not travel outside the Northern District of California except from June 14, 2012 to June 15, 2012 when she may travel to the Eastern District of California.

In all other respects, this Court's previous orders setting conditions of release remains in full force and effect.

IT IS SO ORDERED.

Dated: May 31, 2012 _____

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE