GAIL SHIFMAN
ATTORNEY AT LAW
601 California Street
Suite 1800
San Francisco, CA 94108
Telephone: (415) 551-1500
Facsimile: (415) 551-1502

Attorney for Defendant
ASIM WAQAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 10-0565 JSW (EDL) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING CONDTIONS OF PRETRIAL RELEASE AND AUTHORIZING TRAVEL |
| v. | |
| YING HEI LAU, | |
| Defendant. | |

Upon being advised that the Defendant has been complying with his conditions of Pretrial Release and that his Pretrial Services officer has no objection, the parties hereby stipulate that the conditions of release shall be modified in the following manner to permit travel by the Defendant:

1. Defendant shall be permitted to travel to Hong Kong, China on January 13, 2013 and return on January 20, 2013 where he will stay with and visit his aged mother. Prior

to departure, Defendant shall provide Pretrial Services with his travel itinerary including the address and telephone number where he will be staying. Defendant shall not travel outside of Hong Kong, China prior to his return to the Bay Area.

2. Defendant shall comply with all other conditions of release while in Hong Kong, China.

3. In order to facilitate Defendant's travel by air consistent with TSA regulations, Pretrial Services shall temporarily return Defendant's passport to Defendant to travel to Hong Kong.  Defendant shall return his passport to the custody of Pretrial Services within 24 hours of his return to the Bay Area subject to business hours or further instructions of Pretrial Services.

Dated: December 10, 2012            Dated: December 10, 2012


    /s/                                 /s/
_____     _____
GAIL SHIFMAN                    DEBORAH DOUGLAS
Attorney for Defendant          Assistant U.S. Attorney

Stipulation & [Proposed] Order                                2

~~[PROPOSED]~~ ORDER

This matter having come before the Court upon the stipulation of the parties, and the Court being advised,

IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant shall be permitted to travel to Hong Kong, China on January 13, 2013 and return on January 20, 2013 where he will stay with and visit his aged mother. Prior to departure, Defendant shall provide Pretrial Services with his travel itinerary including the address and telephone number where he will be staying. Defendant shall not travel outside of Hong Kong, China prior to his return to the Bay Area.
2. Defendant shall comply with all other conditions of release while in Hong Kong, China.
3. In order to facilitate Defendant's travel by air consistent with TSA regulations, Pretrial Services shall temporarily return Defendant's passport to Defendant to travel to Hong Kong. Defendant shall return his passport to the custody of Pretrial Services within 24 hours of his return to the Bay Area subject to business hours or further instructions of Pretrial Services.

Dated: December 11, 2012

UNITED STATES MAGISTRATE JUDGE